[No. 2668. Decided November 12, 1897.]

VERMONT LOAN AND TRUST COMPANY, *Appellant,* v. JAMES S. TAYLOR, et ux., *Respondents.*

Appeal from Superior Court, Whitman County.—Hon. WILLIAM McDONALD, Judge. Reversed.

*A. E. Gallagher,* for appellant.
*Trimble & Pattison,* for respondents.

*Per Curiam.*—This case presents the same question that was involved in *State ex rel. Steele, v. Northwestern and Pacific Hypotheek Bank*, just decided *(ante*, p. 118), and for the reasons there given, the judgment and order appealed from must be reversed.